# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN J. BUCKSHAW,                      )
                                       )        Civil Action No. 12 - 300
                     Petitioner,       )
                                       )        District Judge Cathy Bissoon
            v.                         )        Chief Magistrate Judge Lisa Pupo Lenihan
                                       )
ATTORNEY GENERAL OF                    )
PENNSYLVANIA, *et al.*,                )
                                       )
                     Respondents.      )

## ORDER

The Court has received a facsimile from Petitioner dated October 8, 2012.  Petitioner is hereby advised that, pursuant to Local Civil Rule 5.2(C), documents shall not be faxed to a Judge without prior leave of Court.  Moreover, documents shall not be faxed to the Clerk of Court's office.  As such, Petitioner's facsimile will not be docketed.

This is not the first time Petitioner has violated the Local Rules of this Court when filing documents.  Recently, Petitioner attempted to file a Reply Brief via email and he was notified that this form of filing was not authorized and his Reply Brief would not be docketed.  He was advised that he must file documents in paper format.

Petitioner is again advised that he **must** file his documents with the Court in paper format and that any future failure to abide by the filing rules of this Court **will** result in the imposition of sanctions, which could include dismissal of this action for failure to follow Court orders.

Dated:  October 9, 2012

1

Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc:  John J. Buckshaw
      Post Office Box 18704
      Washington, DC  20036
      *Via U.S. Mail*

      Counsel of Record
      *Via ECF Electronic Mail*